IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN THE MATTER OF | ) | CIV. NO. 13-00170 SOM/LEK/RLP |
| | ) | |
| ANDRÉ S. WOOTEN | ) | **ORDER OF REINSTATEMENT** |
| _____ | ) | |

**ORDER OF REINSTATEMENT**

On July 26, 2013, this court filed an Order of Suspension, suspending André Wooten from the practice of law before this court effective March 17, 2013. André Wooten was not to be reinstated to the practice of law before this court until having been reinstated to the practice of law by the Supreme Court of the State of Hawaii and having completed his period of suspension in this court.

In a letter to the court dated December 19, 2013, André Wooten has requested reinstatement to the practice of law before this court.

Having considered petitioner's request, the court finds that André Wooten was reinstated to the practice of law in the State of Hawaii pursuant to the Order of Reinstatement filed in the Supreme Court of the State of Hawaii on June 17, 2013, is currently a member in good standing of the Hawaii State Bar, and has completed the period of suspension imposed by this court.

IT IS HEREBY ORDERED that his request for reinstatement is hereby granted, and André Wooten is allowed to practice in this court pursuant to Local Rule 83.1(g).

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; December 24, 2013.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
CHIEF UNITED STATES DISTRICT JUDGE

/s/ J. Michael Seabright
J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE

/s/ Leslie E. Kobayashi
LESLIE E. KOBAYASHI
UNITED STATES DISTRICT JUDGE

/s/ Derrick K. Watson
DERRICK K. WATSON
UNITED STATES DISTRICT JUDGE

**ORDER OF REINSTATEMENT OF ANDRÉ WOOTEN**